UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEVE GARRISON and HERMAN SIFUENTES, Plaintiffs, v. EDMUND G. BROWN, JR., et al., Defendants. | Case No. 14-cv-03069-YGR (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |
|---|---|

Plaintiffs Steve Garrison and Herman Sifuentes have filed the present *pro se* prisoner action, which was opened as a civil rights action under 42 U.S.C. § 1983.

As an initial matter, the Court finds that Plaintiffs Garrison and Sifuentes should proceed in two separate cases. Because Plaintiffs Garrison and Sifuentes have limited access to one another and cannot represent each other in these proceedings, basic case management principles of delay reduction and avoidance of confusion call for these Plaintiffs' claims to proceed separately. Accordingly, Plaintiff Sifuentes is DISMISSED as a Plaintiff from this action without prejudice to his filing a new case in which he is the only Plaintiff.

Meanwhile, Plaintiff Garrison may proceed with this action. However, on August 21, 2014, mail directed to Plaintiff Garrison by the Court was returned to the Clerk of the Court with the following notation: "NOT IN CUSTODY." To date, Plaintiff Garrison has not updated his address with the Court or submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11 a party proceeding *pro se* whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. *See* L.R. 3-11(a). The court may, without prejudice, dismiss a complaint when: (1) mail directed to the *pro se* party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address. *See* L.R. 3-11(b).

More than sixty days have passed since the mail directed to Plaintiff Garrison by the Court was returned as undeliverable. The Court has not received a notice from Plaintiff Garrison of a

new address.  Accordingly, Plaintiff Garrison's action is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.

The Clerk shall enter judgment, terminate all pending motions as moot, and close the file.

IT IS SO ORDERED.

DATED: November 5, 2014

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge

P:\PRO-SE\YGR\CR.14\Garrison3069.311dism.docx